WILLIAM A. CURTIS, Respondent, v. CHICAGO, ROCK ISLAND AND PACIFIC RAILWAY COMPANY, Appellant.

Kansas City Court of Appeals, April 27, 1903.

Passenger Carriers: EJECTION FROM TRAIN. This case is affirmed on the authority of Benjamin Curtis against the same defendant, ante, page 502.

Appeal from Daviess Circuit Court.—*Hon. J. W. Alexander*, Judge.

AFFIRMED.

*W. F. Evans, H. C. McDougal* and *Frank P. Sebree* for appellant.

*W. D. Hamilton* and *Boyd Dudley* for respondent.

BROADDUS, J.—This is a suit against defendant instituted by plaintiff to recover for loss of services of his minor son caused by injuries sustained by reason of his having been forcibly ejected from defendant's train, while the same was in motion, at Cameron, Missouri. The plaintiff recovered judgment from which defendant appealed. The former is the father of the plaintiff in the case of Benjamin Curtis against this same defendant, decided at this term of court. The facts being the same upon which the defendant is sought to be held liable as in said former case, and the question of law being identical, for the reason there given this cause is affirmed. All concur.